[Dkt. Nos. 168 169, 181, 185, 216, 219, 224]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS, LP, et al., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant/Counterclaim-Plaintiff. | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> SAGENT PHARMACEUTICALS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | Consolidated Civil Action No. 1:14-cv-03547 (RMB/KMW) <br><br> **ORDER** |
| ASTRAZENECA PHARMACEUTICALS, LP, et al., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> GLENMARK PHARMACEUTICALS INC., USA, <br><br> Defendant/Counterclaim-Plaintiff. | |

THIS MATTER comes before the Court upon a motion seeking

leave to file an amended answer by Defendants Sagent

Pharmaceuticals, Inc. ("Sagent") and Glenmark Pharmaceuticals

Inc. ("Glenmark").  [Dkt. No. 168.]  The Court, having reviewed the parties' submissions, including supplemental briefing on the issue of prejudice,

IT IS HEREBY on this **24th** day of **May 2016**,

**ORDERED** that, for reasons to be set forth in a forthcoming Opinion, Defendants Sagent's and Glenmark's motion seeking leave to file an amended answer is **GRANTED**; and it is further

**ORDERED** that, in light of the Court's balancing of the prejudice, to the extent Plaintiffs incur reasonable additional costs—excluding attorney fees—stemming from the need to expedite fact or expert discovery as a result of the amended pleadings, those additional costs of expediting the discovery shall be paid entirely by Defendants Sagent and Glenmark, who shall split the costs equally; and it is further

**ORDERED** that, for good cause shown, the motions to seal filed in connection with filings pertaining to the briefing of the motion seeking leave to file an amended complaint, [Dkt. Nos. 169, 181, 185, 216, 219, 224], are **GRANTED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

2