**EXHIBIT A: CONSENT JUDGMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X
ASTRAZENECA PHARMACEUTICALS LP, :
ASTRAZENECA UK LIMITED, and :
ASTRAZENECA AB, :
                                       Plaintiffs, :
    v.                                      : Civil Action No. 1:14-cv-03547-RMB-KMW
                                           :
SANDOZ INC.,                           : Hon. Renee Marie Bumb, U.S.D.J.
                                           : Hon. Karen M. Williams, U.S.M.J.
        Defendant. :
---------------------------------------------------------------X

**CONSENT JUDGMENT**

        AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (hereinafter collectively "AstraZeneca"), and Sandoz Inc. (hereinafter "Sandoz"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

        IT IS this 12th day of July, 2016:

        ORDERED, ADJUDGED AND DECREED as follows:

        1.     This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

        2.     As used in this Consent Judgment, (i) the term "Sandoz Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 205935 (and defined in greater detail in the Settlement Agreement); and (ii) the

term "Affiliate" shall mean solely (a) Sandoz AG, Sandoz Canada Inc., Eon Labs, Inc., Oriel Therapeutics, Inc., and Fougera Pharmaceuticals Inc. and their subsidiaries and (b) any other entity authorized and licensed to do business in the United States that is owned or controlled or under common control with Sandoz and that owns or holds, either directly or indirectly, an ANDA or application pursuant to 21 U.S.C § 355(b)(2) that refers to the Approved Faslodex Product as the reference-listed drug.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Sandoz, including any of its Affiliates, successors and assigns, is enjoined from infringing United States Patent Numbers 6,774,122, 7,456,160, 8,329,680 and 8,466,139, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Sandoz Product.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Renee M. Bumb, U.S.D.J.

2

We hereby consent to the form and entry of this Order:

| s/John E. Flaherty | s/Christina Lynn Saveriano |
|---|---|
| Lisa B. Pensabene, Esq.<br>Filko Prugo, Esq.<br>Will C. Autz, Esq.<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000 | Christina Lynn Saveriano<br>Eric I. Abraham<br>HILL WALLACK, LLP<br>21 Roszel Road<br>Princeton, NJ 08543<br>(609) 734-6395 |
| John Edmund Flaherty<br>Ravin R. Patel<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | *Attorneys for Sandoz Inc.* |

*Attorneys for AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP*